### THE STATE v. LUTHER STUTSON.

Aiding in the act of counterfeiting, is within both the letter and reason of the statute, as much as assisting in making the implements.

STUTSON was indicted on the statute against counterfeiting, and a verdict found against him. The indictment charged, that he did feloniously aid and assist Bazaleel Phelps, in making and counterfeiting fifteen French guineas, 100 Spanish-milled dollars, and 100 pistareens, of false and base metal, in likeness and imitation of the true guineas, etc. The words of the statute are, " That whosoever shall stamp, or any other ways counterfeit any of the coins of gold or silver currently passing in this state, or that shall utter and put off any such counterfeit coins, knowing the same to be base, false and counterfeit, or that shall make any instrument or instruments, for the counterfeiting any of the coins aforesaid, or shall be aiding and assisting therein," etc.

Mr. Root, of counsel for the prisoner, moved in arrest, and for cause alleged, that the offense charged is not provided against by statute.

The motion was overruled. For,

By the whole COURT. The exception under the motion is, that the aiding and assisting in the statute, is limited to that of making the implements for counterfeiting, and extends not to that of counterfeiting itself, which is the aiding and assisting laid in the indictment.

Both the letter and the reason of the statute extend to aiding and assisting in the latter case, as well as the former: And besides, whoever does in fact assist in the counterfeiting, does a part of it, and is as truly the counterfeiter as any one can be who does not execute the whole alone; and it is im-

material whether he be charged as a sole or joint agent in the matter. So that the allegation that he did assist in the counterfeiting, is substantially the same as that he did counterfeit, etc., and brings him fully within the statute as a principal.